CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 12 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN REED STILTNER,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:14-cv-00350 |
| v. | ) ) | ORDER |
| GERALD MCPEAK, et al.,<br>    Defendants. | ) ) ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **DENIED in part** as to Plaintiff's Eighth Amendment claim against defendant Dr. Moses about chronic nerve pain and is **GRANTED in part** as to all other claims; all defendants except Dr. Moses are **TERMINATED**; Plaintiff's motions for default judgment and to stay payment of filing fees are **DENIED**; and Dr. Moses shall **FILE** an answer within seven days of this Order's entry.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 12th day of May, 2015.

                          /s/ Jackson L. Kiser
                          Senior United States District Judge